IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CV-237-WKW |
| | ) | [WO] |
| RUSSELL COUNTY JAIL, | ) | |
| SHERIFF HEATH TAYLOR, | ) | |
| LT. STEVE JOHNSON, and | ) | |
| ASSISTANT DIRECTOR PAUL | ) | |
| WEATHERLY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 7, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE